E-filing

FILED

555

JUL 16 AM 11:01

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

3  Name   ROBERSON   GREGORY
4         (Last)      (First)      (Initial)

5  Prisoner Number   F-76045

6  Institutional Address   SAN QUENTIN STATE PRISON
7  SAN QUENTIN, CALIF 94974

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREGORY ROBERSON
(Enter the full name of plaintiff in this action.)

vs.

CV 08   3428

Case No.
(To be provided by the clerk of court)

SAN FRANCISCO POLICE DEPT,
PATROSSIAN #1220,
SY #1764, RUETTI #521,
BENZINGER #549, LEE #1838,
(Enter the full name of the defendant(s) in this action))

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

RMW

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement   SAN QUENTIN PRISON

B.   Is there a grievance procedure in this institution?

     YES (X)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

     YES ( )   NO (X)

D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                            - 1 -

1  appeal at each level of review. If you did not pursue a certain level of appeal,
2  explain why.
3    1. Informal appeal _____N/A_____
4  _____
5  _____\_____ 2. First
6  formal level_____
7  _____
8  _____
9    3. Second formal level_____\_____
10 _____
11 _____4 Third
12 formal level _____\_____
13 _____
14 _____
15   E.  Is the last level to which you appealed the highest level of appeal available to
16       you?
17         YES ( )    NO (X)
18   F.  If you did not present your claim for review through the grievance procedure,
19 explain why. "THIS COMPLAINT IS AGAIST THE POLICE
20 OFFICER WHO BEAT ME DOWN FOR NO REASON ___
21 _____SAN FRANCISCO POLICE DEPARTMENT_____
22 II. Parties
23   A.  Write your name and your present address. Do the same for additional plaintiffs,
24       if any.
25         GREGORY ROBERSON-F76045
26         SAN QUENTIN STATE PRISON
27         SAN QUENTIN, CALIF 94974
28   B.  Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                           - 2 -

1  place of employment.
2  HA #212, SHATLOW #292, SHINBON #86,
3  SGT. PHILPOTT #925, And CHIEF OF POLICE, ALL
4  IS EMPLOYED AS POLICE OFFICERS, IN THE CITY OF
5  SAN FRANCISCO, CALIFORNIA.
6  _____ III.
7  Statement of Claim
8  State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.

( SEE Attached SHEETS )

(SEE Attached SAN FRANCISCO POLICE)
                    REPORT
            ( # 08-0624482 )

25  IV.    Relief
26         Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

COMPLAINT                          - 3 -

1
2
3   ( SEE Attached Sheet )...
4
5
6
7   I declare under penalty of perjury that the foregoing is true and correct.
8
9   Signed this __7TH__ day of __JULY__, 20_08_
10
11   _[signature]_
12   (Plaintiff's signature)
13
14
...
28

COMPLAINT                              - 4 -

# ✱ STATEMENT OF CLAIM ✱

1. 6-14-08, AROUND 9:25 PM, IN THE CITY OF SAN FRANCISCO, I WAS WALKING NORTHBOUND, ON ELLIS STREET.

2. AS I WAS WALKING, I SEE THE CITY BUS, (27TH BRYANT), GETTING READY TO MAKE A STOP TO PICK UP PASSENGERS AT THE BUS STOP AND I STARTED RUNNING TOWARDS THE BUS.

3. AS I WAS RUNNING FOR THE BUS, TWO POLICE OFFICER'S CAME AROUND CONNER-RUNNING WESTBOUND ON THE SOUTH SIDE OF ELLIS STREET - TOWARDS ME WITH THEIR BATON'S COCKED BACK IN THERE HAND, READ TO STRIKE ME.

4. ONCE I NOTICE THIS, I TURN AND START RUNNING TOWARDS TAYLOR STREET. AFTER I TOOK ABOUT 4 STEPS, SOMETHING BLACK GRAZED ME ON THE RIGHT SIDE OF MY HEAD, AND FELL DOWN TO MY KNEES

5. WHILE DOWN ON MY KNEES, I TURNED AROUND A BRIEF SECOND AND ALOT OF POLICE WAS RUNNING REAL FAST TOWARDS ME, AS I STARTED TO LAY ON THE GROUND, I FELT BLOWS TO MY RIGHT HAND, AND MY LEFT EBOWS.

①

6. While I layed on the ground, I covered my face with both hands, as I was being kicked in the left side, and stomped in the back.

7. I felt the officer's batons hit me in the left hand, back (center), both elbows, both knees, side of the face, finger on right hand stepped on, arms (left & right) was twisted.

8. After being beaten, kicked & stomped, while still laying face down, someone started choking me and pulling my head back all at once. Somebody called out: "Where's the drugs at"!!!

9. Then one of the officer's, said real loud --- "He's got a gun" - "He's got a gun". Right then I heard about 5 weapon's click. I thought right then, I was going to be shot and killed. My heart started to beat really fast. I really thought I was gonna die.

10. About 20 to 25 minutes lapsed before a medical response (EMT) came to attend to me. Then I was transported to San Francisco General Hospital.





# \* RELIEF \*

1. **PUNITIVE DAMAGES**, IN THE AMOUNT OF $875,000.00, FOR WHEN OFFICER'S SY, SHARLOW, RUETTI, BENZIGER, SHINPORT, PETROSSIAN, & LEE, USED EXCESSIVE FORCE, WHEN THEY BEAT WITH THEIR BATONS, THAT CAUSE THESE INJURIES ---

RIGHT SHOULDER, RIGHT & LEFT ELBOWS, RIGHT HAND 3 FINGERS-DISLOCATED, LEFT SIDE HEAD/SKULL FRACTURE, BACK SPASM, RIGHT & LEFT KNEE, MOBILITY PROBLEMS IN RIGHT ARM, WRIST-POOR BLOOD CIRCULATION-DUE TO HANDCUFFS BEING TIGHT TO FULLIST, BLURR VISION-FROM BEING HIT IN LEFT EYE BY OFFICER SY, BEFORE I WAS SLAMED TO PAVEMENT.

2. **COMPENSATORY DAMAGES**, IN THE AMOUNT OF $625,000.00, FOR THE PAIN & SUFFERING, UNDUE STRESS, MENTAL ANGUISH, MALICE, RECKLESSNESS BEHAVOR, FILING FALSE COMPLAINT, THAT OFFICER'S: SY, SHARLOW, RUETTI, LEE, BENZINGER, SHINPORT, & PATROSSIAN, WHEN THEY MADE THE STATEMENT: "HE'S GOT A GUN", PUT MY LIFE IN GREAT DANGER... I THOUGHT I WAS GOING TO BE KILLED, BY BEING SHOT!!!

③

11. ONCE I ARRIVED AT SAN FRANCISCO GENERAL HOSPITAL, "EMERGENCY ROOM" DOCTOR'S ONLY CHECKED TO SEE IF I HAD INGESTED DRUGS (SWALLOWED) IN MY STOMACH; WHICH WAS NONE NEVERED FOUND.

12. EMERGENCY ROOM - DOCTOR'S NEVER TREATED ME FOR MY INJURIES WHICH I SUBSTAIN FROM THE BEATING THAT THE 5 - SAN FRANCISCO POLICE OFFICER'S DID TO ME. NO PHOTO'S WERE TAKEN OF ME AT THE HOSPITAL, OR ON THE STREET WHERE I WAS BEATEN AT BY SAN FRANCISCO - POLICE TECHNIONS.

13. THEN I WAS TRANSPORTED TO SAN FRANCISCO - CITY JAIL: (STILL IN PAIN FROM MY INJURIES), WHERE I WAS CHARGE WITH "JAYWALKING" AND RESISTING ARREST: "AND NO DRUG OFFENSE'S"

14. ALL MY MONEY "$ ▓ 631.11" AND JEWELY RINGS WERE TAKEN FROM ME AND I WAS NEVER GIVEN A PROPERTY RECIPT SLIP.

15. ALL THE SAN FRANCISCO - POLICE OFFICER'S NAME IN THIS COMPLAINT ACTED & BEHAV[E] IMPROPERTY, WHEN I WAS BEATEN F[OR] JUST CAUSE. YOU MUST INVESTIGATE

THANK YOU.       7-7-08   [signature]

```
JUN-16-2008  09:03        BAY AREA LEIU TEAM                              N: 0462  P.02
     Jun. 15. 2008 12:57AM   Narcotics                                    N: 0462  P. 1
```

# San Francisco Police Department
## INCIDENT REPORT

**Report Type:** Initial

**080624482**

| | |
|---|---|
| Incident Number | 080-624-482 |
| Occurrence from Date/Time | |
| Occurrence to Date/Time | |
| Reported Date/Time | |
| CAD Number | |

**Type of Incident:** Resisting, Delaying, or Obstructing Peace Officer Duties -27170, Traffic Violation Arrest -65010, Parole Violation, Adult -28150

**Location of Occurrence:** Ellis St
**At Intersection w/0/Premise type:** Taylor Street  Street, (Not Sidewalk)

| Confidential Report? ☐ | Arrest Made? ☑ | Suspect Known? ☐ | Suspect Unknown? ☐ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Reporting Unit 3J41E |

**Location Seen:** On View

| How Cleared? 6 | Reported to Bureau | Name | Star | Date/ | Time | Elder Victim ☐ | Gang Related? ☐ | Juvenile Subject? ☐ | Prejudice Based? ☐ |

### OFFICER DECLARATION

I declare under penalty of perjury, this report of __3__ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

PROP 115 CERTIFIED    POST TRAINING    Signature: _[signature]_ #1838

| | Star | Station | Watch | Date |
|---|---|---|---|---|
| Reporting Officer: Lee, Thomas J. | 1838 | Tenderloin Station | 2100-0700 | 6/15/08 00:40:52 |
| Reviewing Officer: Sgt. Urrea | 1170 | Tenderloin Station | 2100-0700 | 6/15/08 |
| OIC | | Tenderloin Station | 2100-0700 | |

| Related Case | Related Case | Re-Assigned to GTF | Assigned by TL #1838 |
| | | Copies to 5G300 4A300 Varies Add'l Copies DA-2/OR-2 |

### REPORTEE 1

**Code:** R 1
**Name (Last, First Middle):** SFPD: Lee #1838, Petrossian #1220

| Day Phone | Type: Work | Home Address | City | State | Zip Code |
| Night Phone | Type: Work | Work Address: Eddy Street | City: San Francisco | State: CA | Zip Code: 94102- |

| DOB / Age DOB Unk ☐ | or age between: and | Race | Sex | Height | Weight | Hair Color | Eye Color | ID Type | Juris. | ID No. |

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☐ | Statement YES ☐ | Relationship to Subject: Stranger/None |

**School (if Juvenile):**    **Injury/Treatment:**    **Other Information/If Interpreter Needed Specify Language:** Tenderloin Station

### BOOKED 1

**Code:** B 1
**Name (Last, First Middle):** Roberson, Gregory
**Alias:**

| Day Phone | Type: Refused | Home Address | City: Oakland | State: CA | Zip Code |
| Night Phone | Type: Refused | Work Address: N/A | City | State | Zip Code |

| DOB Unknown ☐ | Date of Birth: 8/1/60 | Age: 47 | or age between and | Race: B | Sex: M | Height: 6'01 | Weight: 165 | Hair Color: BLK | Eye Color: BRO |

| SFNO | J/Dx (if Juvi.) | ID Type/Jurisdiction/Number CII CA | ID Type/Jurisdiction/Number DL CA | ID Type/Jurisdiction/Number SSN CA |

| Book Section #1 | Book Section #2 | Book Section #4 | Book Section #5 | Booking Location: Tenderloin Station |

| Warrant # | Court # | Action # | Dept | Ex-parte ID | CWB Check: Martinez | Star: 27 |

| Warrant Violation(s) | | Bail | Mirandized ☐ | Star | Date | Time | Statement ☐ |

| Citation # | Violation(s) | | Appear Date/Time | Location of Appearance |

| Book/Cite Approval: Sgt. Philpott | Star: B25 | Mass Arrest Code | M X-Rays ☐ | School (if Juvenile) | ☐ CA Form Booked Copy Attached |

**Other Information:** Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description: Scars, Marks, Tatoos
LSW: Blk jacket, white t-shirt, blu jeans. CDC#F78046

# San Francisco Police Department
## PROPERTY LISTINGS

**080624482**

| | Code/No | Item Description | | | Brand | Model | |
|---|---|---|---|---|---|---|---|
| E | EVD 1 | Incident Report Statement | | | | | |
| 1 | Serial No. | Gun Make | Caliber | Color WHI | Narcotics Lab No. | Quantity 1 | Value |
| | Seized by (Star) 1838 | From Where Officer Sharlow #292 at Tenderloin Station | | | | | |
| | Additional Description/Identifying Numbers: Officer Sharlow wrote a statement of events during the above listed incident. | | | | | | |

| | Code/No | Item Description | | | Brand | Model | |
|---|---|---|---|---|---|---|---|
| E | EVD 2 | Incident Report Statement | | | | | |
| 2 | Serial No. | Gun Make | Caliber | Color WHI | Narcotics Lab No. | Quantity 1 | Value |
| | Seized by (Star) 1838 | From Where Officer Sy #1764 at Tenderloin Station | | | | | |
| | Additional Description/Identifying Numbers: Officer Sy wrote a statement of events during the above listed incident. | | | | | | |

| | Code/No | Item Description | | | Brand | Model | |
|---|---|---|---|---|---|---|---|
| E | EVD 3 | Property Receipt | | | | | |
| 3 | Serial No. | Gun Make | Caliber | Color GLD | Narcotics Lab No. | Quantity 1 | Value |
| | Seized by (Star) 1220 | From Where (B1) Roberson at Tenderloin Station | | | | | |
| | Additional Description/Identifying Numbers: Denomination: 4x$100.00 bills, 11x$20.00 bills, 1x$10.00 bills, $1.11 coins. | | | | | | |

Incident# 080624482                                                    Page 2 of 3

## San Francisco Police Department
## NARRATIVE

**080624482**

On 06-14-2008 at approximately 2139 hours, Officer Petrossian #1220 and I were walking a foot beat in full police uniform at the ___ block of Ellis Street. We were walking on the southside of Ellis Street heading southbound when we observed a subject, later identified as (B1) Gregory Roberson, jaywalking from the southside of street to the northside. The road conditions were clear and dry and there were no obstructions blocking our view. It should be noted that this area is known for high narcotics traffic.

Officer Petrossian and I followed behind Roberson to affect an investigation for the violation of 21955 CVC - pedestrian jaywalking. As we got within approximately teen feet of Roberson, I announced myself as a Peace Officer and ordered him to stop so we can speak with him. I observed Roberson turn his head slightly to the right towards us and then he began to run from the northside of Ellis Street to the southside. I again order Roberson to cease his movement and comply to my commands with negative results.

While chasing after Roberson, I observed 3J42E and 3J43E Officers Sy #1764, Ruetti #521, Benzinger #549, Sharlow #282, and Shinbori #86 running westbound on the southside of Ellis street towards us to assist in with the arrest. Roberson continued running eastbound on the southside of Ellis Street and reached into the rear of his pants with his right hand. Based on our combined training and experience, furtive movements like that from people fleeing from the police are known to carry weapons. I then heard someone say, "He's got a gun!" at which point Officer Sharlow grabbed his department issued baton and attempted to deliver a single zone two strike to Roberson. Roberson turned and moved away from Officer Sharlow's baton and dodged the strike. Officer Sy feared that Roberson had a weapon in his waistband as he ran by, so Officer Sy grabbed his baton and delivered a single strike to Roberson's left arm (Zone 1). However, Roberson continued to flee from us.

Roberson was then assisted to the ground by Officer Ruetti where he resisted violently and refused to be handcuffed. Roberson pulled his arms away from the arresting officers and attempt to tuck them towards his sternum area. With the assistance of other Tenderloin Station units who later responded, Roberson was finally handcuffed and placed under arrest. 3J91 Officer Ha #212 transported Roberson to Tenderloin Station where he was later booked for the above listed charges with the approval from Sgt. Philpott #925. Sgt. Philpott was advised about the incident at the scene and logged the use of force.

Upon arrival to Tenderloin Station, Officer Sharlow provided a statement of the incident in (E1) Incident Report Statement. Officer Sy also provided me an (E2) Incident Report Statement. I booked both (E1) and (E2) into evidence at Tenderloin Station. It should be noted that Roberson had $631.11 US Currency in his pockets and has had numerous prior narcotics arrests. Officer Petrossian gave Roberson (E3) property receipt for the US Currency and later booked it into evidence at Tenderloin Station. Officer Petrossian issued an administrative citation #005976843 for the jaywalking violation - 21955CVC.

Officer Petrossian later contacted GTF Espinoa #698 and Barcena #1715 and informed them about the above listed incident. Officer Barcena contacted Lt. Agent Tang #1814 who approved the parole hold on Roberson.

# SAN FRANCISCO POLICE DEPARTMENT — INCIDENT REPORT STATEMENT

**Incident No.:** 080624482

**Name of Person Giving Statement:** SHARLOW #292

**Date of Statement:** 6/14/08
**Time Started:** 2200 HRS
**Time Completed:** 2230 HRS
**Location Where Statement Taken:** OTHER: Co J

**Statement Taken By:** Off. Sharlow 292
**In Presence Of:** Off. Sharlow 292

On 06/14/08 at approximately 2139 hrs Off. Benzinger #548 and Off. Shinbori #86 and I were walking a foot patrol in full police uniform. We were in the area of Taylor St and Ellis St when I heard over the radio of a foot chase. The suspect was running E/B Ellis St towards Taylor St. I immediately looked up and saw Off. Lee chasing after the suspect later identified as Roberson.

I immediately drew my department issued Baton and ran W/B on Ellis St after Roberson. Roberson dropped his jacket and began running in-between cars. Roberson being chased by multiple Officers ran towards me attempted to charge at me. During this time another Officer called out "he's got a gun". I observed Roberson reaching in the back of his waistband. I attempted a zone two strike on Roberson. Roberson turned and moved out of the way of my baton. My baton didn't have any contact with Roberson. I then returned my Baton to its ring on my belt and drew my department issued firearm. Roberson was soon apprehended at the corner of Ellis St and Taylor St.

I notified Sgt. Philpot #925 of this incident and it was entered into the use of force log.

I declare under penalty of perjury. This statement of 1 pages is true and correct. Based on my personal knowledge.

*Signature of person giving statement*

SAN FRANCISCO POLICE DEPARTMENT                INCIDENT REPORT STATEMENT

page 1 of 1

| INCIDENT NO. | | | | | | | | DOB/AGE | RESIDENCE PHONE (DAY / NIGHT) | BUSINESS PHONE (DAY/NIGHT) |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 8 | 0 | 6 | 2 | 4 | 8 | 2 | | ( ) | (415) 3457300 |

NAME (LAST, FIRST, MIDDLE) OF PERSON GIVING STATEMENT: SY, JOSELITO

| RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO | ZIP CODE | BUSINESS ADDRESS / CITY IF NOT SAN FRANCISCO | ZIP CODE |
|---|---|---|---|
| | | 301 EDDY STREET | 94102 |

| DATE OF STATEMENT | TIME STARTED | TIME COMPLETED | LOCATION WHERE STATEMENT TAKEN |
|---|---|---|---|
| 6/14/08 | 2210 HRS | HRS | AT SCENE ☐  OTHER: Co.J |

STATEMENT TAKEN BY (NAME / STAR)            IN PRESENCE OF

On Saturday, 06/14/08 at approximately 2139 hours Off. Ruetti #292 and I were on foot patrol in full police uniform wearing our service cap. Off. Ruetti and I responded to Eddy and Taylor Streets to assist 3J41E Officers Petrossian #1220 and Lee #1838 regarding a black male that ran off from them.

Officer Ruetti and I were walking on the south side of Ellis (___ block) at Taylor Street when I saw Officer Lee chasing a black male wearing a black jacket with white t-shirt inside running on foot on Ellis towards Taylor Streets (north side of Ellis).

Officer Ruetti and I attempted to detain the male later identified as (B1) Roberson on the south side of Ellis, in front of ___ Ellis Street. Roberson failed to comply to our request to stop, while he reached with his right hand to his right side waist area. Based on my training and experience people that run away from the Police and reach around their waist area are known to carry weapons. I heard someone yell out that Roberson had a gun. Fearing that Roberson had a weapon on his waist band area I grab my baton and swung at Roberson (Zone 1). Off. Ruetti and I along with the other officers that responded were able to detain and assist Roberson to the ground safely on Taylor Street. While on the ground Roberson tensed his arms and tucked both of arms under his body, refusing to be placed in handcuffs. Roberson was finally placed in handcuffs without further incident.

3J106, Sgt. Philpott #925 was advised and logged the use of force.

Due to Roberson resisting arrest I obtained a light abrasion approximately 2 inches on the right side of my forehead. At this time I refused to seek immediate medical attention.

I DECLARE, UNDER PENALTY OF PURJURY, THIS STATEMENT OF ___ PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.

SIGNATURE OF PERSON GIVING STATEMENT _____

SFPD 377 G (06/93)

JUN-16-2008 09:04   BAY AREA LEIU TEAM                                    P.07

**PROPERTY RECEIPT FORM**
San Francisco Police Department

| RECEIVED FROM | DATE | CASE NUMBER |
|---|---|---|
| ROBERSON, GREGORY | 6/14/08 | 080624482 |

ITEM(S):

2. U.S. Currency

4. 4 x $100.00 = $400.00
5. 11 x $20.00 = $220.00
6. 1 x $10.00 = $10.00
7. COIN = $1.11

9. TOTAL = $631.11

OFFICER ACCEPTING PROPERTY (SIGNATURE): [signature] 1220
WITNESS (SIGNATURE): [signature] 1030
RECEIVED FROM (SIGNATURE): [signature]

SFPD-315 (REV.06/99)



