FILED

JUL 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

GREGORY ROBERSON

                    Plaintiff,

            vs.

SAN FRANCISCO POLICE DEPT,
ETc. AL              Defendant.

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

**RMW**

I, GREGORY ROBERSON, declare, under penalty of perjury that I am the (**PR**)
plaintiff in the above entitled case and that the information I offer throughout this application
is true and correct. I offer this application in support of my request to proceed without being
required to prepay the full amount of fees, costs or give security. I state that because of my
poverty I am unable to pay the costs of this action or give security, and that I believe that I am
entitled to relief.

        In support of this application, I provide the following information:

1.      Are you presently employed?  Yes _____  No _____

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____ ∅∅ _____     Net: _____ ∅∅ _____

Employer: _____ NONE _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____ CANDY FACTORY   (1980) _____

5  ____ WAREHOUSE _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or          Yes _____  No __|__

10             self employment

11     b.    Income from stocks, bonds,      Yes _____  No __|__

12             or royalties?

13     c.    Rent payments?                   Yes _____  No __|__

14     d.    Pensions, annuities, or          Yes _____  No __|__

15             life insurance payments?

16     e.    Federal or State welfare payments,   Yes __✓__  No _____

17             Social Security or other govern-

18             ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.        $ 700.⁰⁰

21  _____

22  _____

23  3.    Are you married?                    Yes _____  No __✓__

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ ___∅___

1      b.    List the persons other than your spouse who are dependent upon you for

2          support and indicate how much you contribute toward their support. (NOTE:

3          For minor children, list only their initials and ages. DO NOT INCLUDE

4          THEIR NAMES.).

5      NONE    00

6

7  5.    Do you own or are you buying a home?    Yes ____ No ✓

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.    Do you own an automobile?    Yes ____ No ✓

10 Make _____ Year _____ Model _____

11 Is it financed? Yes _____ No _____ If so, Total due: $_____

12 Monthly Payment: $_____

13 7.    Do you have a bank account? Yes _____ No ✓ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $____ 00 ____

17 Do you own any cash? Yes ____ No ✓ Amount: $_____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)  Yes ____ No ____

20 _____

21 8.    What are your monthly expenses?

22 Rent: $ _____ ⊘ _____ Utilities: _____ ⊘ _____

23 Food: $ _____ Clothing: _____

24 Charge Accounts:

25 Name of Account    Monthly Payment    Total Owed on This Acct.

26 _____ $ _____ $ _____

27 _____ $ _____ $ _____

28 _____ $ _____ $ _____

1    9.    Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable.  Do not include account numbers.)

3  _____ NONE _____

4  _____

5    10.   Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?  Yes ____  No ✓

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court

12 the initial partial filing fee and all installment payments required by the court.

13      I declare under the penalty of perjury that the foregoing is true and correct and

14 understand that a false statement herein may result in the dismissal of my claims.

15

16 **7-21-08** _____        _____

17       DATE                     SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

- 4 -

Case Number: _CV-08-3428_

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _GREGORY ROBERSON_ for the last six months
[prisoner name]
_S Q_ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _75.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $_100.00_.

Dated: _7-21-08_

_____
[Authorized officer of the institution]

- 5 -

```
TS210B                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                              ITAS TRUST ACCOUNT DISPLAY

-------------- ACCOUNT INFORMATION -------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  F76045
   ACCOUNT NAME:  ROBERSON, GREGORY
   ACCOUNT TYPE:  I
CURRENT BALANCE:      510.00
   HOLD BALANCE:        0.00
 ENCUM. BALANCE:        0.00
      AVAILABLE:      510.00
PRIVILEGE GROUP:  U
   LAST CANTEEN:  07/14/2008
```

| DATE | TRAN | AMOUNT | DESCRIPTION | CHECK NUM | COMMENT | BALANCE |
|------|------|--------|-------------|-----------|---------|---------|
| 08/06/07 | W536 | 0.49- | COPAY CHARGE | | 0532/COPAY | 0.00 |
| 09/10/07 | D300 | 40.00 | CASH DEPOSIT | | 0915MAILRM | 40.00 |
| 09/10/07 | W536 | 5.00- | COPAY CHARGE | | 0962/COPAY | 35.00 |
| 09/17/07 | FC01 | 35.00- | DRAW-FAC 1 | | 1088/MAIN2 | 0.00 |
| 07/11/08 | D202 | 600.00 | EXEMPT DEPOSIT | | 0161TREASU | 600.00 |
| 07/14/08 | FC01 | 90.00- | DRAW-FAC 1 | | 0194/MAIN2 | 510.00 |

```
PAGE#    1 OF    2 PAGES
```



Gregory Robenson-El F-76045/Gsm-186
San Quentin State Prison
San Quentin, CA 94974

✱ Legal-Mail ✱

Legal-Mail

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES