✎ AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| GREGORY ROBERSON | ) |
| Plaintiff | ) |
| v. | )   Civil Action No.   CV 08-03428 RMW |
| SF POLICE DEPT | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
    Officer Benzinger
    San Francisco Police Department
    850 Bryant Street, #513
    San Francisco, California 94103

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
    Gregory Roberson, F-76045
    San Quentin State Prison
    San Quentin, California 94964

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*

Name of clerk of court

D. Miyashiro

Deputy clerk's signature

Date:     August 27, 2008

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
       _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
       _____
       _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

Date: _____          _____
                                                    Server's signature

                                            _____
                                                     Printed name and title

                                            _____
                                                          Server's address