✎ AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| GREGORY ROBERSON ) | | |
| Plaintiff ) | | |
| v. ) | Civil Action No. | CV 08-03428 RMW |
| SF POLICE DEPT ) | | |
| Defendant ) | | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
    Officer Lee
    San Francisco Police Department
    850 Bryant Street, #513
    San Francisco, California 94103


A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
    Gregory Roberson, F-76045
    San Quentin State Prison
    San Quentin, California 94964


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*Richard W. Wieking*
_____
Name of clerk of court

D. Miyashiro
_____
Deputy clerk's signature

Date:  August 27, 2008


(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ \_\_\_\_\_0.00\_\_\_\_\_ .

Date: _____
                                                                                               Server's signature

_____
Printed name and title

_____
Server's address