**United States District Court**
For the Northern District of California

*E-FILED - 10/27/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ROBERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants.<br>_____ / | No. C 08-03428 RMW (PR)<br><br>ORDER GRANTING DEFENDANTS' EX-PARTE APPLICATION FOR SHORTENING TIME TO HEAR MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION; ORDER GRANTING DEFENDANTS' ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Docket Nos. 32, 33) |

Defendants have requested an ex-parte application for an order shortening time to hear motion for enlargement of time to file dispositive motion. Defendants have also filed a motion for extension of time in which to file their motion for summary judgment. Having read and considered defendants' ex parte request, the accompanying motion and declaration of counsel, and good cause appearing,

IT IS HEREBY ORDERED that defendants' ex parte request for an extension of time is GRANTED. The time in which defendants may file their motion for summary judgment will be extended up to and including **March 11, 2009**. Plaintiff's opposition to the dispositive motion shall

be filed with the court and served on defendants no later than **thirty (30) days** after the date defendants' motion is filed. If defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

This Order terminates docket nos. 32, 33.

IT IS SO ORDERED.

Dated:   10/22/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

Order Granting Defendants' Ex-parte Application for Shortening Time to Hear Motion for Enlargement of Time to File Dispositive Motion; Order Granting Defendants' Enlargement of Time to File Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.08\Roberson3428.D-EOT-MSJ.wpd          2