***E-FILED - 2/12/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY ROBERSON, | ) | No. C 08-3428 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| SAN FRANCISCO POLICE DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant civil rights complaint without prejudice for plaintiff's failure to provide the court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The clerk of the court shall close the file.

IT IS SO ORDERED.

Dated: 2/10/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge